**November 18, 2015**

| | | |
|---|---|---|
| CAAP–13–00 00595 | Ryan v. Herzog | Reversed |
| CAAP–12–00 00672 | State v. Moxley | Affirmed |